No. 03–10341. MENDEZ *v.* UNITED STATES ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M80. HERIBERTO C. *v.* LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 03–10035. NASSRALAH *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir.; and

No. 03–10211. REYES *v.* VERIZON DATA SERVICES, INC. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 12, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 03–10608. IN RE CRAWFORD. Petition for writ of habeas corpus denied.

No. 03–10481. IN RE KIRKSEY; and

No. 03–10563. IN RE CHAMBERS. Petitions for writs of mandamus denied.

No. 03–1293. WHITFIELD *v.* UNITED STATES; and

No. 03–1294. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 03–9168. SHEPARD *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.